ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**FILED**

MAR 1 0 2016

**U.S. COURT OF
FEDERAL CLAIMS**

| | | |
|---|---|---|
| 1100 W. EWING ASSOC. LLC | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: |
| | ) | |
| vs. | ) | Judge: |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | **16-314 L** |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

**COMPLAINT**

**JURISDICTION**

1.     This Court has jurisdiction pursuant to 28 U.S.C. §1491(a)(1) ("Tucker Act") because this action presents a claim against the United States which is founded upon the Constitution and Statutes of the United States.

**STATUTES AND CONSTITUTIONAL PROVISIONS**

2.     Plaintiff's claim is based upon 1) the Fifth Amendment to the United States Constitution prohibiting the taking of private property for public use, without just compensation; 2) The National Trails System Act Amendments of 1983, 16 U.S.C. § 1247(d) ("Trails Act"); and 3) The Tucker Act, 28 U.S.C. § 1491(a) ("Tucker Act").

3.     Plaintiff seeks costs and attorneys' fees incurred pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. §4654(c) (2000), which provides that Plaintiff is entitled to "reasonable costs, disbursements and expenses, including reasonable attorney, appraisal and engineering fees, actually incurred because of [the] proceeding." 42 U.S.C. §4654(c) (2000).

## COUNT I
## (TAKINGS CLAIM)

4.      Burlington Northern Santa Fe Railway Company ("BNSF") formerly owned an easement for railroad purposes, extending from milepost 4.53 and the end of the line at engineering station 258+7 in Seattle, Washington a distance of 1,100 linear feet in King County, Washington (the "Railroad Line"). The easement lay across property owned by Plaintiff. Upon abandonment of the easement, Plaintiff's property would have been unburdened by any easement.

5.      1100 W. Ewing Assoc. LLC is a limited liability company of the State of Washington that owned land adjacent to the railroad easement on the date of the taking, September 17, 2015. 1100 W. Ewing Assoc. LLC's property, Parcel Number 766620-0070, includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to the easement for an interim trail and possible future railroad reactivation. (A copy of the deed and assessor parcel report evidencing 1100 W. Ewing Assoc. LLC's ownership of the above described property on the date of the taking is attached as Exhibit "A").

6.      On August 20, 2015, the City of Seattle filed a Trail Use Request and a statement of willingness to assume financial responsibility with the STB.

7.      On September 17, 2015, the STB issued a Notice of Interim Trail Use ("NITU") relating to the Railroad Line.

8.      But for operation of the Trails Act, the Plaintiff would have the exclusive right to physical ownership, possession and use of their property free of any easement for recreational trail use or future railroad use.

9.      By operation of the Trails Act, the United States took Plaintiff's property for which it is Constitutionally obligated to pay just compensation.

10.     Pursuant to Washington law, when BNSF ceased operation of a railroad over the Plaintiffs' property and took steps demonstrating abandonment, the easement was abandoned and the Plaintiffs regained the right to use and possess their property free of any easement.

11.     The United States' actions damaged Plaintiffs by taking a portion of their property, by diminishing the value of the remaining property, and by attenuating delay damages based upon the delayed payment of compensation.

Date: March 8 , 2016                     STEWART, WALD & McCULLEY, L.L.C.

                                         By _____
                                             Thomas S. Stewart
                                             Elizabeth G. McCulley
                                             2100 Central St. Suite 22
                                             Kansas City, MO 64108
                                             (816) 303-1500
                                             (816) 827-8068 (facsimile)
                                             stewart@swm.legal
                                             mcculley@swm.legal

                                             and

                                             Steven M. Wald
                                             Michael J. Smith
                                             12747 Olive Blvd. Suite 280
                                             St. Louis, MO  63141
                                             (314) 720-0220
                                             (314) 899-2925 (facsimile)
                                             wald@swm.legal
                                             smith@swm.egal

                                             ATTORNEYS FOR PLAINTIFFS

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:
Dwayne E Copple
Williams, Kastner & Gibbs
P. O. Box 21926
Seattle, WA 98111-3926

## STATUTORY WARRANTY DEED

| | |
|---|---|
| Grantor: | Ocean Beauty Seafoods, Inc. |
| Grantee: | 1100 W. Ewing Associates, L.L.C. |
| Legal Description: | That portion of Block 2, Seattle Tide Lands and of Blocks 13, 14 and 24, Ross Addition to the City of Seattle, the full legal description of which is set forth below. |
| Tax Parcel No.: | 227160-5230-01; 766620-0070-01 and 766620-0055-00 |
| Reference Nos. of Documents Released or Assigned: | N/A |

THE GRANTOR, OCEAN BEAUTY SEAFOODS, INC., a Washington corporation,

for and in consideration of Ten Dollars in hand paid, conveys and warrants to 1100 W. EWING

ASSOCIATES, L.L.C., a Washington limited liability company, the following described real

estate, situate in the County of King, State of Washington:

That portion of Block 2, Seattle Tide Lands and of Blocks 13, 14 and 24, Ross
Addition to the City of Seattle, according to the plat thereof, recorded in Volume
2 of Plats, page 96, in King County, Washington, and of vacated West Brawley
Street and vacated West Blewett Street and of Unplatted Reserve A of Gilman's
Addition to the City of Seattle, according to the plat thereof, recorded in Volume

CHICAGO TITLE INS. CO
REF# 526757-6

52-605701.1

E1651687 11/23/98 179000.00 10

EXHIBIT
A

5 of Plats, page 93, in King County, Washington, which portion of Reserve A was originally a portion of H. A. Smith's Donation Land Claim and of Government Lot 3, Section 13, Township 25 North, Range 3 East, Willamette Meridian, in King County, Washington, described as follows:

Beginning at the intersection of the Southerly extension of the West line of Lot 3, Block 2, Seattle Tide Lands with the Northerly margin of West Ewing Street as established by City of Seattle Ordinance Number 17273; thence North, according to the Meridian of said Seattle Tide Lands, (the cardinal bounds given herein are specific, not general) 564.17 feet to the Northwest corner of said Lot 3; thence East along the North line of said Block 2, a distance of 353.98 feet to an angle point therein; thence South 50°29'00" East along the Northeasterly line of said Block 2, a distance of 553.43 feet to the most easterly corner of a tract of land conveyed to midtown investment company by deed recorded under recording number 6459668; thence South 39°31'00" West along the Southeasterly line of said tract, 493.98 feet to an intersection with a line 25 feet northerly, measured radially and/or at right angles, of the Northerly margin of the Northern Pacific Railroad right of way, Sumas Branch Line; thence Westerly along said parallel and/or concentric line, following an arc of a curve the center of which bears North 10°26'07" East 700.00 feet from the last described point, an arc distance of 132.84 feet to a point of tangency; thence North 68°41'30" West, 80.18 feet to the West line of said Government Lot 3; thence North 0°02'15" East along said West line 26.83 feet; thence North 77°04'41" West, 65.11 feet to an intersection with the northerly margin of said West Ewing Street; thence Westerly along said northerly margin, following an arc of a curve the center of which bears South 23°02'38" West 1,046.37 feet from the last described point an arc distance of 210.53 feet to the point of beginning.

SUBJECT TO:

1.      Easement and the terms and conditions thereof between Grantor and the City of Seattle recorded July 14, 1947 under recording number 3704704.

2.      Easement and the terms and conditions thereof between Grantor and Owners of property adjacent in Government Lot 3 recorded April 2, 1965 under recording number 5862011.

3.      Easement and the terms and conditions thereof between Grantor and the Northwestern Mutual Live Insurance Company recorded May 2, 1979 under recording number 7905020149.

4.      Exceptions and reservations contained in deed from the State of Washington, whereby the grantor excepts and reserves all oil, gases, coal, ores, minerals, fossils, etc., and the right of entry for opening, developing and working

S2-605701.1

-2-

the same and providing that such rights shall not be exercised until provision has been made for full payment of all damages sustained by reason of such entry; recorded under recording number 3989695.

Right of State of Washington or its successors, subject to payment of compensation therefor, to acquire rights of way for private railroads, skid roads, flumes, canals, water courses or other easements for transporting and moving timber, stone, minerals and other products from this and other property, as reserved in deed referred to above.

5.      Release of damages contained in King County Superior Court cause # 21942 entered March 11, 1895, from damages relating to operation of Lake Washington ship canal.

6.      Release of damage agreement and the terms and conditions thereof between Grantor and future owners and City of Seattle recorded April 22, 1958 under recording number 4893943.

7.      Release of damage agreement and the terms and conditions thereof between Grantor and future owners and City of Seattle recorded July 28, 1978 under recording number 7807280720; said agreement also appears of record under instrument recorded under recording number 7910120879.

8.      Memorandum of Boundary Line and License Agreement for encroachment of fence and dock onto said premises, and the terms and conditions thereof between Washington Fish and Oyster Company and Samuel D. LeClercq and Susan A. Leclercq, recorded August 10, 1983 under recording number 8308100800.

9.      Any prohibition or limitation of use, occupancy or improvement of the land resulting from the rights of the public or riparian owners to use any portion which is now or has been formerly covered by water.

10.     Paramount rights and easements in favor of the United States for commerce, navigation, fisheries and the production of power.

11.     Unrecorded lease, including the terms and conditions thereof between Midtown Investment Co. and Safeco Insurance Company of America, disclosed by statutory warranty deeds recorded under recording numbers 7711151073 and 7711151074.



DATED: November _17_, 1998.

OCEAN BEAUTY SEAFOODS, INC.

By _____

Its _____

STATE OF WASHINGTON   )
                      )  ss.
COUNTY OF KING        )

On this day personally appeared before me Douglas A. Duehning, to me known to be the Secretary of Ocean Beauty Seafoods, Inc., the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he was authorized to execute the same instrument.

GIVEN under my hand and official seal this _17_ day of _November_, 1998.

_____
Sue A Rasmussen
(print notary's name)

Notary Public in and for the State of Washington, residing at _Marysville_
My commission expires: _11-04-2001_

9811231790

s2-605701.1                                   -4-

King County Department of Assessments: eReal Property

Page 1 of 2



New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Property Detail

**Reference Links**

King County Taxin Districts Codes ar Levies (.PDF)

King County Tax Links

Property Tax Advisor

Washington State Department of Revenue (External link)

Washington State Board of Tax Appeals (External link)

Board of Appeals/Equalizat

Districts Report

iMap

Recorder's Office

Scanned images c surveys and othe map documents

Scanned images c plats

**PARCEL**

| | |
|---|---|
| Parcel Number | 766620-0070 |
| Name | 1100 W EWING ASSOC LLC |
| Site Address | 1100 W EWING ST 98119 |
| Legal | SEATTLE TIDE LDS PORTION BLK 2 SEATTLE TIDE LANDS, & OF BLKS 13, 14 & 24 ROSS ADDITION TO CITY OF SEATTLE, & OF VACATED WEST BRAWLEY ST & VACATED WEST BLEWETT ST, & OF UNPLATTED RESERVE A OF GILMAN'S ADDITION TO CITY OF SEATTLE, & OF GOVT LOT 3 STR 13-25-03 DESCRIBED AS FOLLOWS: BEGINNING AT INTERSECTION OF SLY EXTENSION OF WEST LINE OF LOT 3 BLK 2 SEATTLE TIDELANDS WITH NLY MGN WEST EWING ST AS ESTABLISHED BY CITY OF SEATTLE ORD NO. 17273 TH NORTH, ACCORDING TO MERIDIAN OF SD SEATTLE TIDE LANDS 564.17FT TO NW CORNER SD LOT 3 TH EAST ALONG NORTH LINE SD BLK 2 353.98 FT TO ANGLE PT THEREIN TH S 50-29-00 E ALONG NELY LINE SD BLK 2 DIST OF 553.43 FT TO MOST ELY CORNER OF TRACT CONVEYED TO MIDTOWN INVESTMENT CO BY DEED REC NO. 6459668 TH S 39-31-00 W ALONG SELY LINE SD TRACT 493.98 FT TO INTERSECTION WITH LINE 25 FT NLY MEASURED RADIALLY AND/OR RIGHT ANGLES, OF NLY MGN OF NORTHERN PACIFIC RAILROAD R/W, SUMAS BRANCH LINE TH WLY ALONG SD PARALLEL AND/OR CONCENTRIC LINE, ALONG CURVE, CENTER BEARING N 10-28-07 E 700 FT DISTANCE OF 132.84 FT TO PT OF TANGENCY TH N 68-41-30 W 80.18 FT TO WEST LINE SD GOVT LOT 3 TH N 0-02-15 E ALONG SD WEST LINE 28.83 FT TH N 77-04-41 W 65.11 FT TO NLY MGN SD WEST EWING ST TH WLY ALONG SD NLY MGN ALONG CURVE CENTER BEARING S 23-02-38 W 1046.37 FT DIST OF 210.53 FT TO BEGINNING |

**BUILDING 1**

| | | |
|---|---|---|
| Year Built | 1978 | |
| Building Net Square Footage | 105100 |  |
| Construction Class | MASONRY | |
| Building Quality | LOW/AVERAGE | |
| Lot Size | 395134 | |
| Present Use | Warehouse | |
| Views | No | |
| Waterfront | SHIP CANAL | |

**TOTAL LEVY RATE DISTRIBUTION**

Tax Year: 2016   Levy Code: 0010   Total Levy Rate: $9.48564   Total Senior Rate: $7.07928



25.37% Voter Approved

Click here to see levy distribution comparison by year.

**TAX ROLL HISTORY**

| Valued Year | Tax Year | Appraised Land Value ($) | Appraised Imps Value ($) | Appraised Total ($) | Taxable Land Value ($) | Taxable Imps Value ($) | Taxable Total ($) |
|---|---|---|---|---|---|---|---|
| 2015 | 2016 | 9,644,900 | 1,000 | 9,645,900 | 9,644,900 | 1,000 | 9,645,900 |
| 2014 | 2015 | 8,074,400 | 1,000 | 8,075,400 | 8,074,400 | 1,000 | 8,075,400 |
| 2013 | 2014 | 8,496,600 | 1,000 | 8,497,600 | 8,496,600 | 1,000 | 8,497,600 |
| 2012 | 2013 | 8,496,600 | 1,000 | 8,497,600 | 8,496,600 | 1,000 | 8,497,600 |
| 2011 | 2012 | 8,496,600 | 1,000 | 8,497,600 | 8,496,600 | 1,000 | 8,497,600 |
| 2010 | 2011 | 8,496,700 | 1,000 | 8,497,700 | 8,496,700 | 1,000 | 8,497,700 |

King County Department of Assessments: eReal Property

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2009 | 2010 | 8,496,700 | 1,000 | 8,497,700 | 8,496,700 | 1,000 | 8,497,700 |
| 2008 | 2009 | 8,496,700 | 850,800 | 9,347,500 | 8,496,700 | 850,800 | 9,347,500 |
| 2007 | 2008 | 8,297,200 | 1,050,300 | 9,347,500 | 8,297,200 | 1,050,300 | 9,347,500 |
| 2006 | 2007 | 8,297,200 | 1,050,300 | 9,347,500 | 8,297,200 | 1,050,300 | 9,347,500 |
| 2005 | 2006 | 7,978,100 | 2,539,500 | 10,517,600 | 7,978,100 | 2,539,500 | 10,517,600 |
| 2004 | 2005 | 7,978,100 | 1,369,400 | 9,347,500 | 7,978,100 | 1,369,400 | 9,347,500 |
| 2003 | 2004 | 5,983,500 | 1,511,400 | 7,494,900 | 5,983,500 | 1,511,400 | 7,494,900 |
| 2002 | 2003 | 5,983,500 | 2,631,200 | 8,614,700 | 5,983,500 | 2,631,200 | 8,614,700 |
| 2001 | 2002 | 5,983,500 | 3,009,800 | 8,993,300 | 5,983,500 | 3,009,800 | 8,993,300 |
| 2000 | 2001 | 5,983,500 | 3,009,800 | 8,993,300 | 5,983,500 | 3,009,800 | 8,993,300 |
| 1999 | 2000 | 5,983,500 | 3,009,800 | 8,993,300 | 5,983,500 | 3,009,800 | 8,993,300 |
| 1998 | 1999 | 3,485,300 | 2,114,700 | 5,600,000 | 3,485,300 | 2,114,700 | 5,600,000 |
| 1997 | 1998 | 0 | 0 | 0 | 2,034,100 | 1,815,900 | 3,850,000 |
| 1996 | 1997 | 0 | 0 | 0 | 2,034,100 | 1,807,800 | 3,841,900 |
| 1995 | 1996 | 0 | 0 | 0 | 2,034,100 | 1,807,800 | 3,841,900 |
| 1994 | 1995 | 0 | 0 | 0 | 2,034,100 | 1,807,800 | 3,841,900 |
| 1992 | 1993 | 0 | 0 | 0 | 2,942,200 | 1,807,800 | 4,750,000 |
| 1990 | 1991 | 0 | 0 | 0 | 2,488,200 | 909,800 | 3,398,000 |
| 1988 | 1989 | 0 | 0 | 0 | 2,035,200 | 1,422,000 | 3,457,200 |
| 1986 | 1987 | 0 | 0 | 0 | 1,604,400 | 1,802,800 | 3,407,200 |
| 1984 | 1985 | 0 | 0 | 0 | 1,604,400 | 1,802,800 | 3,407,200 |
| 1982 | 1983 | 0 | 0 | 0 | 1,189,400 | 2,212,000 | 3,401,400 |

'King County Department of Assessments: eReal Property                                    Page 1 of 3



| New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail |

**Reference Li**

## PARCEL DATA

| Parcel | 766620-0070 | | Jurisdiction | SEATTLE |
|---|---|---|---|---|
| Name | 1100 W EWING ASSOC LLC | | Levy Code | 0010 |
| Site Address | 1100 W EWING ST 98119 | | Property Type | C |
| Geo Area | 12-50 | | Plat Block / Building Number | 2 & |
| Spec Area | | | Plat Lot / Unit Number | 6 THRU 10 & |
| Property Name | OCEAN BEAUTY SEAFOODS | | Quarter-Section-Township-Range | NW-13-25-3 |

King County T
Links

Property Tax
Advisor

Washington S
Department o
Revenue (Exte
link)

Washington S
Board of Tax
Appeals (Exte
link)

Board of
Appeals/Equa

Districts Repo

iMap

Recorder's Of

Scanned imag
surveys and o
map documen

Scanned imag
plats

**Legal Description**

SEATTLE TIDE LDS PORTION BLK 2 SEATTLE TIDE LANDS, & OF BLKS 13, 14 & 24 ROSS ADDITION TO CITY OF SEATTLE, & OF VACATED WEST BRAWLEY ST & VACATED WEST BLEWETT ST, & OF UNPLATTED RESERVE A OF GILMAN'S ADDITION TO CITY OF SEATTLE, & OF GOVT LOT 3 STR 13-25-03 DESCRIBED AS FOLLOWS: BEGINNING AT INTERSECTION OF SLY EXTENSION OF WEST LINE OF LOT 3 BLK 2 SEATTLE TIDELANDS WITH NLY MGN WEST EWING ST AS ESTABLISHED BY CITY OF SEATTLE ORD NO. 17273 TH NORTH, ACCORDING TO MERIDIAN OF SD SEATTLE TIDE LANDS 564.17FT TO NW CORNER SD LOT 3 TH EAST ALONG NORTH SIDE BLK 2 353.98 FT TO ANGLE PT THEREIN TH S 50-29-00 E ALONG NELY LINE SD BLK 2 DIST OF 553.43 FT TO MOST ELY CORNER OF TRACT CONVEYED TO MIDTOWN INVESTMENT CO BY DEED REC NO. 6459668 TH S 39-31-00 W ALONG SELY LINE SD TRACT 493.98 FT TO INTERSECTION WITH LINE 25 FT NLY MEASURED RADIALLY AND/OR RIGHT ANGLES, OF NLY MGN OF NORTHERN PACIFIC RAILROAD R/W, SUMAS BRANCH LINE TH WLY ALONG SD PARALLEL AND/OR CONCENTRIC LINE, ALONG CURVE, CENTER BEARING N 10-26-07 E 700 FT DISTANCE OF 132.84 FT TO PT OF TANGENCY TH N 68-41-30 W 80.18 FT TO WEST LINE SD GOVT LOT 3 TH N 0-02-15 E ALONG SD WEST LINE 26.83 FT TH N 77-04-41 W 65.11 FT TO NLY MGN SD WEST EWING ST TH WLY ALONG SD NLY MGN ALONG CURVE CENTER BEARING S 23-02-38 W 1046.37 FT DIST OF 210.53 FT TO BEGINNING
PLat Block: 2 &
Plat Lot: 6 THRU 10 &

## LAND DATA



| Highest & Best Use As If Vacant | MANUFACTURING | | Percentage Unusable | 0 |
|---|---|---|---|---|
| Highest & Best Use As Improved | OTHER | | Unbuildable | NO |
| Present Use | Warehouse | | Restrictive Size Shape | NO |
| Land Sqft | 395,134 | | Zoning | IG1 U/45 |
| Acres | 9.07 | | Water | WATER DISTRICT |
| | | | Sewer/Septic | PUBLIC |
| | | | Road Access | PUBLIC |
| | | | Parking | ADEQUATE |
| | | | Street Surface | PAVED |

### Views

| Rainier | |
|---|---|
| Territorial | |
| Olympics | |
| Cascades | |
| Seattle Skyline | |
| Puget Sound | |
| Lake Washington | |
| Lake Sammamish | |
| Lake/River/Creek | |
| Other View | |

### Waterfront

| Waterfront Location | SHIP CANAL |
|---|---|
| Waterfront Footage | 0 |
| Lot Depth Factor | 0 |
| Waterfront Bank | |
| Tide/Shore | UPLANDS WITH TIDELANDS/SHORELANDS |
| Waterfront Restricted Access | |
| Waterfront Access Rights | NO |
| Poor Quality | NO |
| Proximity Influence | NO |

### Designations

| Historic Site | |
|---|---|
| Current Use | (none) |
| Nbr Bldg Sites | |
| Adjacent to Golf Fairway | NO |
| Adjacent to Greenbelt | NO |
| Other Designation | NO |

### Nuisances

| Topography | |
|---|---|
| Traffic Noise | |
| Airport Noise | |
| Power Lines | NO |
| Other Nuisances | NO |

Problems

'King County Department of Assessments: eReal Property          Page 2 of 3

| Deed Restrictions | NO | | Water Problems | NO |
|---|---|---|---|---|
| Development Rights Purchased | NO | | Transportation Concurrency | NO |
| Easements | NO | | Other Problems | NO |
| Native Growth Protection Easement | NO | | | Environmental |
| DNR Lease | NO | | Environmental | NO |

### BUILDING

| | | |
|---|---|---|
| Building Number | 1 | Click the camera to see more pictures. |
| Building Description | FISH PROCESSING & COLD STORAGE | Picture of Building 1 |
| Number Of Buildings Aggregated | 1 | |
| Predominant Use | INDUSTRIAL LIGHT MANUFACTURING (494) | |
| Shape | Rect or Slight Irreg | |
| Construction Class | MASONRY | |
| Building Quality | LOW/AVERAGE | |
| Stories | 1 | |
| Building Gross Sq Ft | 105,100 | |
| Building Net Sq Ft | 105,100 | |
| Year Built | 1978 | |
| Eff. Year | 1978 | |
| Percentage Complete | 100 | |
| Heating System | WARMED AND COOLED AIR | |
| Sprinklers | Yes | |
| Elevators | | |

| 1 2 |
|---|



Picture of Building 1

**Section(s) Of Building Number:     1**

| Section Number | Section Use | Description | Stories | Height | Floor Number | Gross Sq Ft | Net Sq Ft |
|---|---|---|---|---|---|---|---|
| 2 | COLD STORAGE FACILITIES (447) | | 1 | 32 | | 28,300 | 28,300 |
| 1 | INDUSTRIAL LIGHT MANUFACTURING (494) | | 1 | 20 | | 38,400 | 38,400 |

**Section Feature(s) Of Section Number:     1**

| Feature Type | Gross Sq Ft | Net Sq Ft |
|---|---|---|
| MEZZANINES-OFFICE (761) | 13,400 | 13,400 |
| MEZZANINES-STORAGE (763) | 25,000 | 25,000 |

### TAX ROLL HISTORY

| Account | Valued Year | Tax Year | Omit Year | Levy Code | Appraised Land Value ($) | Appraised Imps Value ($) | Appraised Total Value ($) | New Dollars ($) | Taxable Land Value ($) | Taxable Imps Value ($) | Taxable Total Value ($) | Tax Value Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 766620007001 | 2015 | 2016 | | 0010 | 9,644,900 | 1,000 | 9,645,900 | 0 | 9,644,900 | 1,000 | 9,645,900 | |
| 766620007001 | 2014 | 2015 | | 0010 | 8,074,400 | 1,000 | 8,075,400 | 0 | 8,074,400 | 1,000 | 8,075,400 | |
| 766620007001 | 2013 | 2014 | | 0010 | 8,496,600 | 1,000 | 8,497,600 | 0 | 8,496,600 | 1,000 | 8,497,600 | |
| 766620007001 | 2012 | 2013 | | 0010 | 8,496,600 | 1,000 | 8,497,600 | 0 | 8,496,600 | 1,000 | 8,497,600 | |
| 766620007001 | 2011 | 2012 | | 0010 | 8,496,600 | 1,000 | 8,497,600 | 0 | 8,496,600 | 1,000 | 8,497,600 | |
| 766620007001 | 2010 | 2011 | | 0010 | 8,496,700 | 1,000 | 8,497,700 | 0 | 8,496,700 | 1,000 | 8,497,700 | |
| 766620007001 | 2009 | 2010 | | 0010 | 8,496,700 | 1,000 | 8,497,700 | 0 | 8,496,700 | 1,000 | 8,497,700 | |
| 766620007001 | 2008 | 2009 | | 0010 | 8,496,700 | 850,800 | 9,347,500 | 0 | 8,496,700 | 850,800 | 9,347,500 | |
| 766620007001 | 2007 | 2008 | | 0010 | 8,297,200 | 1,050,300 | 9,347,500 | 0 | 8,297,200 | 1,050,300 | 9,347,500 | |
| 766620007001 | 2006 | 2007 | | 0010 | 8,297,200 | 1,050,300 | 9,347,500 | 0 | 8,297,200 | 1,050,300 | 9,347,500 | |
| 766620007001 | 2005 | 2006 | | 0010 | 7,978,100 | 2,539,500 | 10,517,600 | 0 | 7,978,100 | 2,539,500 | 10,517,600 | |
| 766620007001 | 2004 | 2005 | | 0010 | 7,978,100 | 1,369,400 | 9,347,500 | 0 | 7,978,100 | 1,369,400 | 9,347,500 | |
| 766620007001 | 2003 | 2004 | | 0010 | 5,983,500 | 1,511,400 | 7,494,900 | 0 | 5,983,500 | 1,511,400 | 7,494,900 | |
| 766620007001 | 2002 | 2003 | | 0010 | 5,983,500 | 2,631,200 | 8,614,700 | 0 | 5,983,500 | 2,631,200 | 8,614,700 | |
| 766620007001 | 2001 | 2002 | | 0010 | 5,983,500 | 3,009,800 | 8,993,300 | 0 | 5,983,500 | 3,009,800 | 8,993,300 | |
| 766620007001 | 2000 | 2001 | | 0010 | 5,983,500 | 3,009,800 | 8,993,300 | 0 | 5,983,500 | 3,009,800 | 8,993,300 | |
| 766620007001 | 1999 | 2000 | | 0010 | 5,983,500 | 3,009,800 | 8,993,300 | 0 | 5,983,500 | 3,009,800 | 8,993,300 | |
| 766620007001 | 1998 | 1999 | | 0010 | 3,485,300 | 2,114,700 | 5,600,000 | 0 | 3,485,300 | 2,114,700 | 5,600,000 | |
| 766620007001 | 1997 | 1998 | | 0010 | 0 | 0 | 0 | 0 | 2,034,100 | 1,815,900 | 3,850,000 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 766620007001 | 1996 | 1997 | 0010 | 0 | 0 | 0 | 0 | 2,034,100 | 1,807,800 | 3,841,900 |
| 766620007001 | 1995 | 1996 | 0010 | 0 | 0 | 0 | 0 | 2,034,100 | 1,807,800 | 3,841,900 |
| 766620007001 | 1994 | 1995 | 0010 | 0 | 0 | 0 | 0 | 2,034,100 | 1,807,900 | 3,841,800 |
| 766620007001 | 1992 | 1993 | 0010 | 0 | 0 | 0 | 0 | 2,942,200 | 1,807,800 | 4,750,000 |
| 766620007001 | 1990 | 1991 | 0010 | 0 | 0 | 0 | 0 | 2,488,200 | 909,800 | 3,398,000 |
| 766620007001 | 1988 | 1989 | 0010 | 0 | 0 | 0 | 0 | 2,035,200 | 1,422,000 | 3,457,200 |
| 766620007001 | 1986 | 1987 | 0010 | 0 | 0 | 0 | 0 | 1,604,400 | 1,802,800 | 3,407,200 |
| 766620007001 | 1984 | 1985 | 0010 | 0 | 0 | 0 | 0 | 1,604,400 | 1,802,800 | 3,407,200 |
| 766620007001 | 1982 | 1983 | 0010 | 0 | 0 | 0 | 0 | 1,189,400 | 2,212,000 | 3,401,400 |

## SALES HISTORY

| Excise Number | Recording Number | Document Date | Sale Price | Seller Name | Buyer Name | Instrument | Sale Reason |
|---|---|---|---|---|---|---|---|
| 2762109 | 20151019000687 | 10/7/2015 | $0.00 | 1100 W EWING ASSOCIATES LLC | HBK-EWING LLC+CLOVELLY LLC+SELBY-EWING ST ENTERPRISES LLC | Statutory Warranty Deed | Other |
| 1651627 | 199811231780 | 11/17/1998 | $10,000,000.00 | OCEAN BEAUTY SEAFOODS INC | 1100 W EWING ASSOCIATES LLC | Statutory Warranty Deed | None |
| 1414687 | 199501311226 | 1/23/1995 | $0.00 | WASHINGTON FISH+OYSTER CO | OCEAN BEAUTY SEAFOODS INC | Quit Claim Deed | Other |

## REVIEW HISTORY

| Tax Year | Review Number | Review Type | Appealed Value | Hearing Date | Settlement Value | Decision | Status |
|---|---|---|---|---|---|---|---|
| 2010 | 0902837 | Local Appeal | $9,347,500 | 1/1/1900 | $8,497,700 | REVISE | Completed |
| 2009 | 71389 | State Appeal | $9,347,500 | 10/7/2010 | $9,347,500 | SUSTAIN | Completed |
| 2009 | 0806365 | Local Appeal | $9,347,500 | 1/1/1900 | $9,347,500 | SUSTAIN | Completed |
| 2007 | 0800649 | Local Appeal | $10,730,400 | 1/1/1900 | $9,347,500 | REVISE | Completed |
| 2006 | 0502806 | Local Appeal | $10,517,600 | 1/1/1900 | $0 | | Completed |
| 2005 | 0404771 | Local Appeal | $10,180,400 | 1/1/1900 | $9,347,500 | REVISE | Completed |
| 1995 | 9404288 | Local Appeal | $4,750,000 | 1/1/1900 | $0 | | Completed |

## PERMIT HISTORY

| Permit Number | Permit Description | Type | Issue Date | Permit Value | Issuing Jurisdiction | Reviewed Date |
|---|---|---|---|---|---|---|
| 6458864 | Installation of pallet racking at southeast portion of cold storage area in existing warehouse building, per plan. | Remodel | 6/25/2015 | $36,800 | SEATTLE | 8/13/2015 |

## HOME IMPROVEMENT EXEMPTION

| New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail |